UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Annie L. Mzyk

PLAINTIFF

v.                           CASE NUMBER  SA 14CA 0952 H

North East Independent School District

DEFENDANT(S)

**MOTION TO** Supplement Complaint Section # 7

    Now comes Annie L. Mzyk, Plaintiff pro se, and requests the Court to: amend Complaint Section # 7 to add:

"(X) **Age** *(If applicable, state date of birth)* 73, born September 7, 1941

(X) **Disability** *(If applicable, state disability)* Leukemia, Aplastic Anemia, Diabetes"

Please note: The Age and Disability data was inadvertently not transferred from the working draft to the final complaint copy after a last minute minor page correction. Summons has not yet been served on Defendant (120 days expires February 26, 2015).

Date: February 18, 2015       Signature: *Annie L. Mzyk pro se*

Annie L. Mzyk, pro se

Address: 3014 Renker Dr.

San Antonio, Texas 78217

Phone:   210 219 4340