IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

ANNIE L. MZYK                    §
                                 §
        Plaintiff and            §
        Counter-Defendant        §
                                 §
v.                               §        No. SA-14-CA-952
                                 §
NORTH EAST INDEPENDENT           §
SCHOOL DISTRICT                  §
                                 §
        Defendant and            §
        Counter-Plaintiff        §
                                 §

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court enters the following Scheduling Order:

IT IS ORDERED that the parties file all motions to amend or supplement pleadings or to add additional parties no later than March 30, 2015           .

IT IS FURTHER ORDERED that the report on alternative dispute resolution as required by Local Rule CV-88 be filed no later than April 30, 2015           .

IT IS FURTHER ORDERED that the parties complete discovery no later than July 15, 2015           . Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

IT IS FURTHER ORDERED that all dispositive motions be filed no later than _July 25, 2015_ . **Motions and responses to motions are limited to ten (10) pages in length unless leave of Court is obtained to file more than ten pages.**

IT IS FURTHER ORDERED that this case is scheduled for non-jury trial on Monday, _August 31, 2015_ , at 1:00 p.m.  The pretrial submissions required by Local Rule CV-16(e) are due in the office of the District Clerk no later than _August 17, 2015_ at 12:00 noon.

SIGNED AND ENTERED this _10th_ day of March, 2015.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE