IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANNIE L. MZYK | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. SA-14-CA-952 |
| | § | |
| NORTH EAST INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| Defendant | § | |

**JUDGMENT**

In accordance with the Order Granting Motion for Summary Judgment this day entered in the above cause,

It is ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby, entered in favor of the Defendant, and that the Plaintiff take nothing by her suit.

SIGNED AND ENTERED this 1st day of September, 2015.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE